# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*August 24, 2006*

[Cite as *08/24/2006 Case Announcements,* 2006-Ohio-4361.]

## MERIT DECISIONS WITHOUT OPINIONS

2006–1484.   State ex rel. Klosterman v. Ohio Dept. of Commerce.

In Mandamus and Prohibition. On relator's complaint and emergency motion for stay of administrative hearing. Motion for stay denied. On S.Ct. Prac.R. X(5) determination, cause dismissed.

Moyer, C.J., Resnick, Pfeifer, Lundberg Stratton, O'Connor, O'Donnell and Lanzinger, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

1993–2179.   State v. Lundgren.

Lake App. No. 90–L–15140. This cause came on for further consideration upon appellee's motion to set an execution date. Upon consideration thereof,

IT IS ORDERED by the court that the motion to set an execution date is granted.

IT IS FURTHER ORDERED by the court that appellant's sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Tuesday, the 10th day of October, 2006, in accordance with the statutes so provided.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said Warden shall make due return thereof to the Clerk of the Court of Appeals for Lake County.

2003–1572.   State ex rel. Howard v. Indus. Comm.

Franklin App. No. 97AP–860. This cause came on for further consideration of the second and third notices of failure to pay sanctions filed by appellee Seaway Foodtown, Inc., and appellant's motions for leave to file responses to the notices instanter. Upon consideration thereof,

IT IS ORDERED by the court that appellant's motions for leave are granted.

IT IS FURTHER ORDERED that appellant Gregory T. Howard shall continue making payments toward the March 3, 2004, award of attorney fees to appellee Seaway Foodtown, Inc., in accordance with the payment schedule ordered by this court on December 14, 2005. The parties shall notify this court when the attorney fee award is paid in full.

2005–1678.   State v. Hale.

Cuyahoga C.P. No. CR–0454857. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Cuyahoga County. Upon consideration of appellant's second motion to supplement the record,

IT IS ORDERED by the court that the motion is granted and that the Clerk of the Court of Common Pleas of Cuyahoga County shall certify and transmit to the Clerk of the court the following documents within twenty days of the date of this entry: Transcripts from the January 11, February 9, and March 24, 2005, pre-trial hearings.